UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:24-cv-00377

**Chansler Depaul Mallard,**
*Plaintiff,*

v.

**Hodge Unit – Husk,**
*Defendant.*

**O R D E R**

Plaintiff Chansler Depaul Mallard, a prisoner of the Texas Department of Criminal Justice proceeding pro se, filed a civil lawsuit without paying the filing fee. The case was transferred to this court for proper venue and referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b).

On December 4, 2024, the magistrate judge issued a report recommending that plaintiff's lawsuit be dismissed with prejudice as frivolous and for failure to state a claim pursuant to 28 U.S.C. § 1915A(b). Doc. 7. A copy of the report was mailed to plaintiff, who did not file written objections.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court dismisses this case with prejudice. Any pending motions are denied as moot.

*So ordered by the court on March 6, 2025.*

J. CAMPBELL BARKER
United States District Judge